IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAIRE J. HIBBS,<br><br>Defendant. | Case No. 6:25-po-05005-KLD<br><br>Violation: F5427127; F5427128<br>Location Code: M5<br><br>ORDER |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to dismiss without prejudice Violation Notices F5427127 and F5427128 is GRANTED.  This matter is dismissed without prejudice, as fully adjudicated.

IT IS FURTHER ORDERED that the trial scheduled for May 7, 2025 is VACATED.

DATED this 6th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge